# Third District Court of Appeal

## State of Florida

Opinion filed November 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2440
Lower Tribunal No. 19-10064
_____

**Herbert Jean,**
Appellant,

vs.

**Bayview Loan Servicing, LLC, etc., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Anthony V. Falzon, P.A., and Anthony V. Falzon, for appellant.

Greenberg Traurig, P.A., and Brigid F. Cech Samole, and Paul B. Ranis (Fort Lauderdale); Greenberg Traurig, LLP, and Katherine M. Clemente (New York, NY), for appellees.

Before SCALES, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>MetroPCS Commc'ns, Inc. v. Porter</u>, 273 So. 3d 1025, 1027 (Fla. 3d DCA 2018) ("We review the record for substantial, competent evidence to support the trial court's findings of fact and consider de novo its conclusions of law."); <u>see also</u> <u>Ferrara v. Luxottica Retail, N. Am., Inc.</u>, 8:17-CV-2914-T-33AEP, 2018 WL 573430, at *2-3 (M.D. Fla. Jan 26, 2018) (holding that an electronic signature is valid to enforce an agreement to arbitrate); <u>Santos v. Gen. Dynamics Aviation Servs. Corp.</u>, 984 So. 2d 658, 661 (Fla. 4th DCA 2008) (holding that an employee's continued employment after receipt of an arbitration policy demonstrates his assent to its arbitration terms).